UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, et al.,<br><br>    Defendants. | Case No. 20-cv-03647-TSH<br><br>**ORDER TO SHOW CAUSE** |

On November 13, 2020, the Court ordered Plaintiff Nancy Anderson to file a status report indicating why she had not responded to a request from the Clerk of Court for Defendant City of El Sobrante's service address and why she had not otherwise made an appearance in this case since June. ECF No. 15. Anderson responded that the parties agreed she would file an amended complaint, after which Defendants would file an answer or other type of responsive pleadings. ECF No. 16. Although Plaintiff indicated she would seek leave to file a first amended complaint by November 25, as of December 1 there had been no further docket activity, and the Court therefore ordered the parties to file a stipulation or for Anderson to file a motion seeking leave to amend by December 10. ECF No. 17. As of December 11, neither had been filed, and the Court extended the deadline to December 16. ECF No. 18. As of today, no response has been received.

Accordingly, the Court **ORDERS** Plaintiff Nancy Anderson to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by December 30, 2020. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on January 14, 2021 at 10:00 a.m. by Zoom video conference. The webinar link and instructions are located at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

1    <u>Notice is hereby provided that failure to file a written response will be deemed an
2    admission that Anderson does not intend to prosecute, and the case may be dismissed without
3    prejudice.</u>  Thus, it is imperative the Court receive a written response by the deadline above.
4    **IT IS SO ORDERED.**

6    Dated: December 17, 2020

7    _____
    THOMAS S. HIXSON
8    United States Magistrate Judge